IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN VAUGHN, | : |
| | : |
| Plaintiff, | : CIVIL DIVISION |
| | : |
| | : No.: 3:23-cv-00170-SLH |
| v. | : |
| UNION TANK CAR COMPANY, | : |
| | : |
| Defendants. | : |
| | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please enter Plaintiff's Notice of Voluntary Dismissal against all parties With Prejudice Pursuant to Fed.R.Civ.P 41(a)(1)(A)(i).

Respectfully Submitted,

By:  /s/ Ryan M. Flaherty
Ryan M. Flaherty, Esquire
*Attorney for Plaintiff*
PA ID 314552
Simon & Simon, P.C.
301 Grant Street, Suite 270
Pittsburgh, PA 15219
412-965-5398
Fax: 267-639-9006
RyanFlaherty@gosimon.com

AND NOW, this 25th day of September, 2024,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE